Sterns Auction Exchange, Inc.

versus.

International Ship Supply Co. Inc.

No. 8001

Court of Appeal.

Parish of Orleans.

- - - - - - - - - - - - -

- - - - - -

<u>Dinkelspiel. J.</u>
This suit grows out of the same action as suit No. 8001, entitled, Globe Indemnity Co. Inc. vs. International Ship Supply Co. Inc., this day decided. Both causes were tried at the same time.
For the reasons assigned in the suit No. 8001, the judgment of the lower Court is affirmed with costs against plaintiff, appellant.

-Judgment Affirmed-